# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Facciola, John M. | District of Columbia | 04/09/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

E. Barrett Prettyman Courthouse
333 Constitution Avenue NW
Washington DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 04/09/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/31/2014 | Georgetown University Teaching at Foundations of American Lqw Program for foreign students | $600.00 |
| 2. 09/30/2014 | Georgetown Univeristy Law school Adjunct Professor Law-taught course in Information Technology and Moden Litigatiion | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2014 | Fairfax County School system salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for Professional Development | 1/28/2014 to 1/31/2014 | Tampa FL | conference | Meals, transportation and lodging |
| 2. | Center for Professional Development | 1/28/2014 to 1/31/2014 | Tampa FL | conference | Meals, transportation and lodging |
| 3. | ALM | 02/04/2014 to 02/06/2014 | New York NY | conference | Meals, transportation and lodging |
| 4. | American Bar Association | 02/21/2014 to 02/26/2014 | San Francisco CA | conference | Meals, transportation and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Facciola, John M.** | 04/09/2015 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | Arizona State University Law School | 03/12/2014 to 03/14/2014 | Tempe AZ | conference | Meals, trasnsportation and lodging |
| 6. | NY Intellectual Property Association | 0328/2014 to 03/29/2014 | New York NY | conference | Lodging and Transportation |
| 7. | The Sedona Conference | 05/07/2014 to 05/09/2014 | Miami FL | conference | Meals, transportation and lodging |
| 8. | National Institute for E-Discovery | 05/16/2014 | New York NY | conference | Tramsportation |
| 9. | MER | 05/19/2014 | Chicago IL | conference | Transportation |
| 10. | Federal Magistrate Judges Association | 07/23/2014 to 07/24/2014 | Philadelphia PA | attend annual meeting of Board of Editors of Federal Courts Law Review | Meals, transportation and lodging |
| 11. | E-Discovery Intelliogence | 10/02/2014 | Philadelphia PA | conferencee | Transportation |
| 12. | Levin College of Law, University of Florida | 10/05/2014 to 10/06/2014 | Gainesville FL | conference | Meals, transportation and lodging |
| 13. | EDI | 10/15/2014 to 10/18.2014 | Fort Lauderdale FL | conference | Meals, tranportation and lodging |
| 14. | John Hopkins University | 10/23/2014 to 10/24/2014 | Baltimore MD | conference | Meals, transportation and lodging |
| 15. | Sandpiper Partneers | 10/28/2014 | New York NY | conference | Transportation |
| 16. | Ernst and Young | 11/123/2014 to11/14/2014 | NewYork NY | conference | Transportation and lodging |
| 17. | Gibbons | 12/04/2014 to 12/05/2014 | Morristown NJ | conference | Transportation and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit Card | J |
| 2. | Master Card | Credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings and Money Market BB& T | A | Interest | L | T | | | | | |
| 2. Paine Webber Cash Fund | A | Interest | J | T | | | | | |
| 3. Federal Justice Credit Uniton | A | Interest | J | T | | | | | |
| 4. Lehman Bros Holding Inc. Preferred Stock | | None | J | T | | | | | |
| 5. Lehman Bros Holding Ind (II) Bond | | None | J | T | | | | | |
| 6. Pacific Frontiers Life Insurance Fund | B | Int./Div. | K | T | | | | | |
| 7. Invesco Mortgage Capital Inc | B | Dividend | J | T | | | | | |
| 8. United Development Fuding IV | A | Dividend | J | T | | | | | |
| 9. Brokerage Insured Deposit Account Bank of America | A | Interest | J | T | | | | | |
| 10. Penn Mutual Flexible Premium Variable Life Insurance | A | Interest | K | T | | | | | |
| 11. HSBC BAnk USA NA US Indy Titans CD | | None | J | T | | | | | |
| 12. Brokerage Insured Deposit Account jmf gjf co-tenants Continental Bank | A | Interest | J | T | | | | | |
| 13. Babson Capital (GLB Shourt Duration High Yield) | B | Dividend | K | T | | | | | |
| 14. Smart Trust Zakcs Diversified Equity & Corp | A | Dividend | | | Sold | 09/18/14 | J | | |
| 15. Smart Trust Enhanced Value II std 7 | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 16. Smart Trust Dynamic Sector Income 5 | A | Dividend | | | Sold | 06/16/14 | K | A | |
| 17. First Trust Bal Inc Eqty & ETF 5 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CVR refining Ltd Partnership Com Unit Pub Traded Parntership | A | Distribution | | | Sold | 05/16/14 | J | B | |
| 19. ARES Multi Strategy Credit Fund | A | Dividend | | | Sold | 12/01/14 | J | | |
| 20. Smart Trust Cap INov GLB infra & mlp 4 | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 21. Smart Trust Tax Free Inc Ser 13 Trust | A | Dividend | J | T | | | | | |
| 22. First Trust -3 Bal Incm Euity & ETF 3 | A | Dividend | | | Sold | 12/12/14 | K | A | |
| 23. Smart Trust Strat Growth & Inc 4 | B | Dividend | J | T | | | | | |
| 24. Smart Trust ENH V;alue II 8 | A | Dividend | J | T | | | | | |
| 25. Smart Trust Cap Inov GLB infra & mlp 4 | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 26. Smart Trust Tax Free Income Ser 14 | A | Dividend | | | Sold | 12/10/14 | J | A | |
| 27. Caryle Group Ltd Patnership | A | Distribution | J | T | Buy | 02/25/14 | J | | |
| 28. Smart Trust Strat Growth & Incm 5 | B | Dividend | J | T | Buy | 06/03/14 | K | | |
| 29. Duff and Phelps Select energy MLP Fund | B | Dividend | J | T | Buy | 06/30/14 | K | | |
| 30. Goldman Sachs MPL Energy Renaissance FD | B | Dividend | J | T | Buy | 09/30/14 | K | | |
| 31. Tekla Health Care Opptys | B | Dividend | K | T | Buy | 07/31/14 | K | | |
| 32. Alcon US Partners Ltd Partnership | | None | J | T | Buy | 12/04/14 | J | | |
| 33. First Trust DIVRS EQ Str Alloc 4 Q 14 | A | Dividend | K | T | Buy | 12/01/14 | K | | |
| 34. Nuveen All Cap Energy MPL Opportunities Fund | A | Dividend | K | T | Buy | 03/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Miller Howard High Inc Equity Com SHS BEn Int | A | Interest | J | T | Buy | 11/28/14 | J | | |
| 36. Ivy Asset Strategy | A | Dividend | K | T | Buy | 08/20/14 | K | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 04/09/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 04/09/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John M. Facciola**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544